[No. 3851.]

HALL, RECEIVER, v. McINTOSH.

Judgment affirmed on the authority of *Hall v. Burrell,* ante.

*Error to Otero District Court.* HON. J. E. RIZER, Judge.

Mr. FRED A. SABIN, for plaintiff in error.

Mr. JOHN H. VOORHEES, for defendant in error.

Presiding Judge SCOTT delivered the opinion of the court.

This case involves the same question as in the case of *G. M. Hall, Receiver of the State Bank of Rocky Ford, v. Burrell,* decided at this term of court, and upon the authority of that case the judgment is affirmed.

All the judges concurring.